Dismissed and Memorandum Opinion filed August 28, 2003









Dismissed and Memorandum Opinion filed August 28,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00144-CV

____________

 

LEE WAYNE LAWRENCE, Appellant

 

V.

 

MELINDA BRENTS, SR. ASSISTANT COUNTY
ATTORNEY, Appellee

 

 



On Appeal from Probate Court No.  4

Harris County, Texas

Trial Court Cause No.  103,218



 

M E M O R A N D U M   O
P I N I O N

On July 3, 2003, this Court issued an order stating that
unless appellant submitted his brief, together with a motion reasonably
explaining why the brief was late, on or before August 4, 2003, the Court would
dismiss the appeal for want of prosecution. 
See Tex. R. App. P. 42.3(b).  Appellant filed neither a response nor brief.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Opinion
filed August 28, 2003.

Panel consists of Justices
Edelman, Frost, and Guzman.